IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| RHONDA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART STORES EAST, LP (DELAWARE), et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 2:22-cv-48 |

**O R D E R**

This matter is before the Court on the parties' Joint Motion to Extend Remaining Deadlines. Doc. 24. The Court requires additional clarification as to the status of discovery and the need for the extension. Therefore, the Court **DIRECTS** the parties' counsel to appear before the undersigned for a telephonic status conference on Tuesday, February 22, 2023 at 3:00 p.m.

**SO ORDERED**, this 21st day of February, 2023.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA