# In the United States District Court for the Southern District of Georgia Brunswick Division

| | |
|---|---|
| RHONDA JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 222-048 |
| | ) |
| WAL-MART STORES EAST, LP (DELAWARE), | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is the parties' joint stipulation of dismissal, dkt. no. 30, wherein they notify the Court that they have stipulated to the dismissal of this action with prejudice. The dismissal complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, all claims asserted in this action are dismissed with prejudice. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 26 day of July, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA